

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIANHAI LACE USA INC.,
A NEW YORK CORPORATION,

            Plaintiff,

Civil Action No. 19-cv-06016

**AFFIDAVIT OF SERVICE**

-v-

LORD & TAYLOR LLC, A DELAWARE CORPORATION,
THE LEVY GROUP, INC. D/B/A BETSEY JOHNSON, A NEW
YORK CORPORATION, AND DOES1-10,

            Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK   )
                       S.S.
COUNTY OF NEW YORK)

        **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 15th day of July, 2019, at approximately the time of 9:55 am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, NOTICE OF APPEARANCE OF PETER T BUSCH, NOTICE OF ELECTRONIC FILING, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE EDGARDO RAMOS, AND INDIVIDUAL PRACTICES IN CIVIL CASES KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE** upon **THE LEVY GROUP, INC. D/B/A BETSEY JOHNSON** at 1333 Broadway, 9th Floor, New York, NY 10018, by personally delivering and leaving the same with **DIANA LOPEZ,** who informed deponent that she holds the position of Legal with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**DIANA LOPEZ** is a white female, approximately 42 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 150 pounds with blonde hair and brown eyes.

_____
FREDERICK PRINGLE, #2067891

Sworn to before me this
19th day of July, 2019

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com