UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC., *a New York Corporation*,

            Plaintiff,

– against –

LORD & TAYLOR LLC, *a Delaware corporation*, THE LEVY GROUP, INC., *a New York corporation d/b/a Betsey Johnson*, DOES 1–10,

            Defendants.

**ORDER**

19 Civ. 6016 (ER)

RAMOS, D.J.:

    On December 4, 2019, the defendants filed an Answer and Counterclaim to the plaintiff's Complaint, which the plaintiff answered on December 21, 2019. As the Court held an initial conference in this matter on November 22, the parties are directed to submit a joint Civil Case Discovery Plan and Scheduling Order by May 1, 2020.

It is SO ORDERED.

Dated:    April 6, 2020
            New York, New York

                                        EDGARDO RAMOS, U.S.D.J.