UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHI LACE USA, INC., *a New York Corporation*,

               Plaintiff,

– against –

LORD & TAYLOR LLC, *a Delaware corporation*, and THE LEVY GROUP, INC., *a New York corporation d/b/a/ Betsey Johnson*, DOES 1-10,

               Defendants.

**ORDER**

19 Civ. 6016 (ER)

RAMOS, D.J.:

      On August 30, 2020, this Court issued an order staying this case during the pendency of Lord & Taylor's bankruptcy proceedings. *See* Doc. 40. Because the matter is still stayed, the case management conference set for February 4, 2021 at 11:00am is hereby adjourned *sine die*. The parties remain obligated to inform the Court within 48 hours of the completion of Lord & Taylor's bankruptcy proceedings.

It is SO ORDERED.

Dated:    February 3, 2021
             New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.