UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHI LACE USA, INC., *a New York corporation*,

          Plaintiff,

   – against –

LORD & TAYLOR LLC, *a Delaware corporation*, THE LEVY GROUP, INC., *a New York corporation d/b/a/ Betsey Johnson*, and DOES 1–10,

          Defendants.

**ORDER**

19-cv-6016 (ER)

Ramos, D.J.:

    This Court issued an order staying this case during the pendency of Lord & Taylor's bankruptcy proceedings on August 30, 2020 and also directed the parties to inform the Court within 48 hours of the completion of Lord & Taylor's bankruptcy proceedings. Doc. 40. On February 3, 2021, the Court issued an order adjourning the case management conference *sine die*. Doc. 41. Since then, there has been no activity in this case. The parties are directed to submit a status letter by October 15, 2025, including whether this case can be closed.

    It is SO ORDERED.

Dated:   October 9, 2025
            New York, New York

                                                                EDGARDO RAMOS, U.S.D.J.